UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:20-cv-11788-LTS

JARROD A. MICHAELIS
*Plaintiff,*

v.

COMMONWEALTH OF MASSACHUSETTS ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 18) entered on December 29, 2020, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

December 29, 2020